IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR WILSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                       CASE NO. 1D15-2263

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 20, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Victor Wilson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.